UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,
ex rel. Carl J. Jarvis,

Plaintiff,

vs. ORDER

Cirrus Design Corporation,

Defendant. Civ. No. 01-896 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

To: Robert K. Shelquist, Lockridge Grindal Nauen, P.L.L.P., Suite 2200, 100 Washington Avenue South, Minneapolis, Minnesota 55401-2179.

At Duluth, in the District of Minnesota, this 4th day of November, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This action was commenced when a qui tam Complaint was filed on May 23, 2001. The Complaint was filed under seal, pursuant to Title 31 U.S.C. §3730(b)(2), in order to allow the United States to make an election on whether to intervene in the action. On May 14, 2002, the United States informed the Court of its election not to intervene. Accordingly, by Order dated May 31, 2002, the Dis-

NOV 04 2002

trict Court, the Honorable Michael J. Davis presiding, directed that "[t]he complaint be unsealed and served upon the defendant by the relator." See, Docket No. 13, at 1. It appears that one hundred and twenty (120) days have passed since the Order to effect service on the Defendant was issued, and there is no showing in this Record that the Defendant has not been served with process as required by Rule 4(m), Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m), it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated and, in the absence of good cause shown, the Court shall recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE