UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,
ex rel. Carl J. Jarvis

Plaintiff,

vs. REPORT AND RECOMMENDATION

Cirrus Design Corporation,

Defendant. Civ. No. 01-896 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of December, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(B).

This matter was commenced when a qui tam Complaint was filed on May 23, 2001. The Complaint was filed under seal, pursuant to Title 31 U.S.C. §3730(b)(2), in order to allow the United States to make an election on whether to intervene in the action. On May 14, 2002, the United States informed the Court of its election not to intervene. Accordingly, by Order dated May 31, 2002, the District Court, the Honorable Michael J. Davis presiding, directed that "[t]he complaint be unsealed and served upon the defendant by the

FILED DEC 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(15)

relator." See, Docket No. 13, at 1. On November 4, 2002, it having appeared that one hundred and twenty (120) days had passed from the date on which the Plaintiff had been ordered to effect service of process upon the Defendant, and the Defendant having not been served with the Complaint and Summons, as required by Rule 4(m), Federal Rules of Civil Procedure, we issued an Order, which stated as follows:

> That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

Counsel for the Plaintiff has failed to abide by the terms of our Order of November 4, 2002. As of this date, six weeks after the date of our Order, we have not received from the Plaintiff any submission which constitutes a showing that good cause exists for not recommending that this action be dismissed for the reasons stated in our prior Order.

WHEREFORE, It is --

RECOMMENDED:

That this action be dismissed for failure to comply with this Court's Order of November 4, 2002, for failure to effect proper service, and for lack of prosecution.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than January 10, 2003**, a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than January 10, 2003**, unless all interested parties stipu-

late that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.