UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,
ex rel. Carl J. Jarvis

Plaintiff,

vs.

Cirrus Design Corporation,

Defendant. Civ. No. 01-896 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That this action is dismissed for failure to comply with this Court's Order of November 4, 2002, for failure to effect proper service, and for lack of prosecution.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: 1-24-03
At St. Paul, Minnesota

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-27-03
DEPUTY CLERK ______